UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHSSAN KHALIL,
    Plaintiff,

v.                                                                        Case No. 16-13030
                                                                    Hon. Linda V. Parker

DIRECTV, LLC,
    Defendant.
_____

**STIPULATION TO DISMISS CASE
WITH PREJUDICE AND WITHOUT FEES OR COSTS**

      The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant DirecTV, LLC, only, with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| _/s/ Carl Schwartz__ | _/s/ William E. Raney__ |
| CARL SCHWARTZ P70335 | WILLIAM E. RANEY |
| MICHIGAN CONSUMER | COPILEVITZ & CANTER |
| CREDIT LAWYERS | Attorneys for Defendant |
| Attorneys for Plaintiff | 310 W. 20th Street, Suite 300 |
| 22142 W. Nine Mile Road | Kansas City, MO 64108 |
| Southfield, MI 48033 | (816) 472-9000 |
| (248) 353-2882 | braney@cckc-law.com |
| carl@micreditlawyer.com | |

LISA M. BRUNO-HERLINE P52954
AT&T MICHIGAN

And

JEFFREY K. LAMB
HONIGMAN MILLER SCHWARTZ AND COHN LLP
Co-Counsel for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHSSAN KHALIL,
    Plaintiff,

v.                                                Case No. 16-13030
                                                Hon. Linda V. Parker

DIRECTV, LLC,
    Defendant.
_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendant DirecTV, LLC is hereby dismissed with prejudice and without fees or costs to either party.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: January 20, 2017